IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| RADOSLAV DIMITRIC | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-107 |
| | § | |
| TEXAS A&M UNIVERSITY, ET AL. | § | |

## OPINION AND ORDER

On February 20, 2007, Plaintiff, Radoslav Dimitric, acting *pro se*, filed his Designation of Expert Witnesses and his "Motion to Allow More Time for Filing Reports by Expert Witnesses and Designating Additional Witnesses." On March 1, 2007, the Defendants filed a "Motion to Strike Plaintiff's Experts and Opposition to Plaintiff's Motion for Additional Time." Having now considered these matters, the Court issues this Opinion and Order.

On December 5, 2006, this Court issued a Docket Control Order in this case. That Order provided:

> February 16, 2007    **PLAINTIFF'S EXPERTS** will be designated in accordance with Rule 26(b), FRCP by this date and reports (except medical reports which can be obtained otherwise), shall be tendered. No additional experts will be permitted to testify except for good cause shown.

Dimitric's designation of expert witnesses was not timely filed but, more importantly, is not in compliance with the requirements of Rule 26(b) or this Court's Docket Control Order. It will suffice to say that, *inter alia*, Dimitric provided no expert witness reports. While the Court realizes that Dimitric is acting *pro se*, it cannot and will not excuse his failure to follow the rules or the dictates of the Court.

It is, therefore, **ORDERED** that the Defendant's "Motion to Strike Plaintiff's Experts" (Instrument no. 73) is **GRANTED** and the "Designation of Expert Witnesses" (Instrument no. 70) of Plaintiff Radoslav Dimitric is **STRICKEN**.

It is further **ORDERED** that the "Motion to Allow More Time for filing Reports by Expert Witnesses and Designating Additional Witnesses" of Plaintiff Radoslav Dimitric (Instrument no. 71) is **DENIED**.

**DONE** at Galveston, Texas, this _____20th_____ day of March, 2007.

_____
John R. Froeschner
United States Magistrate Judge