IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RADOSLAV DIMITRIC | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-107 |
| | § | |
| TEXAS A&M UNIVERSITY, ET AL. | § | |

## O R D E R

Before the Court is the "Motion for the Court to Reconsider its Order and Opinion of March 20, 2007" filed by *pro se* Plaintiff, Radoslav Dimitric; the Motion seeks relief from this Court's Order which granted the Defendants' Motion to Strike Plaintiff's Experts and denied Dimitric's "Motion to Allow More Time for Filing Reports by Expert Witnesses and Designating Additional Witnesses."

On December 5, 2006, this Court issued a Docket Control Order setting deadlines for delivery of expert witness reports by Plaintiff (February 16, 2007) and Defendants (March 16, 2007); the completion of discovery (April 27, 2007); and the filing of dispositive motions (May 18, 2007) and responses (June 15, 2007). Dimitric failed to provide any expert witness reports by the due date, in fact, he is still not in a position to do so now, seven weeks after the deadline has passed. The Galveston Division presides over the largest civil docket, by far, in the entire Southern District of Texas, and to maintain control over its docket it must insist on compliance with its rules and its orders. *Pro Se* parties, like lawyers, must comply or suffer the consequences of non-compliance. Cf. Jones v. Phipps, 39 F.3d 158, 163 (7th Cir. 1994)

It is, therefore, **ORDERED** that Dimitric's "Motion for the Court to Reconsider its Order and Opinion of March 20, 2007" (Instrument no. 91) is **DENIED**.

It is further **ORDERED** that the current Docket Control Order (Instrument no. 59) remains in full force and effect.

**DONE** at Galveston, Texas, this _____9th_____ day of April, 2007.

_____
John R. Froeschner
United States Magistrate Judge